UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:24-CR-609 MAL |
| | ) | |
| NATAVIA BOYD-WELLS, | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court to reset the jury trial. Trial in this matter is currently set for January 5, 2026. The Court conducted an informal conference with the attorneys on Tuesday, October 28, 2025, in which counsel indicated they wished to move the trial to April of 2026, to allow time to work out a plea agreement or in the alternative, prepare for trial. The Court requested defense counsel confirm with his client and file an updated Waiver of Speedy Trial, which was filed on October 29, 2025 (Doc. [41]).

For the reasons stated during the conference with counsel, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS FURTHER ORDERED** that trial in this matter is continued to **April 20, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between January 5, 2026, and April 20, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 12th day of November, 2025.

*Maria A. Lanahan*
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE